IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**UARON MASON, ADC #100269**                                                              **PLAINTIFF**

**VS.**                              **NO. 4:15-CV-00179-BRW**

**CITY OF LITTLE ROCK**                                                                    **DEFENDANT**

## ORDER

Plaintiff's Motion to Proceed *In Forma Pauperis* (Doc. No. 1) is DENIED. This case is DISMISSED without prejudice, since, based on the complaint, it appears that Plaintiff intended to file the case in state court.

IT IS SO ORDERED, this 2nd day of April, 2015.

/s/ Billy Roy Wilson
UNITED STATES DISTRICT JUDGE